# Exhibit "B"



| | | Service of Process Transmittal |
|---|---|---|
| | | 01/25/2021 |
| | | CT Log Number 538934112 |

**TO:** Donna Shavers
Albertson's LLC
PO BOX 160066, 321 MONTGOMERY RD
ALTAMONTE SPRINGS, FL 32716-0066

**RE:** Process Served in Nevada

**FOR:** Albertson's LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | LAWANDA HARRIS, etc., Pltf. vs. ALBERTSON'S LLC, et al., Dfts. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # A21828153C |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Carson City, NV |
| DATE AND HOUR OF SERVICE: | By Process Server on 01/25/2021 at 08:50 |
| JURISDICTION SERVED : | Nevada |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/25/2021, Expected Purge Date: 01/30/2021 |
| | Image SOP |
| | Email Notification,  Michael McCue  Michael.McCue@safeway.com |
| | Email Notification,  Donna Shavers  donna.shavers@albertsons.com |
| | Email Notification,  Risk Management Group  RM.Claim.Support@Safeway.com |
| | Email Notification,  Carmen Rowland  Carmen.Rowland@safeway.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System<br>701 S. Carson Street<br>Suite 200<br>Carson City, NV 89701<br>866-203-1500<br>DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / SM

HARRIS000006



# Service of Process Transmittal
01/25/2021
CT Log Number 538934112

**TO:** Donna Shavers
Albertson's LLC
PO BOX 160066, 321 MONTGOMERY RD
ALTAMONTE SPRINGS, FL 32716-0066

**RE:** **Process Served in Nevada**

**FOR:** Albertson's LLC  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / SM

HARRIS000007

**SEI**
JASON W. BARRUS, ESQ.
Nevada Bar No.: 9344
jason@jasonbarruslaw.com
ERIK A. BROMSON
Nevada Bar No.: 9986
erik@jasonbarruslaw.com
LAW OFFICE OF JASON W. BARRUS
1601 E. Charleston Blvd.
Las Vegas, NV 89104
Office (702) 550-6500
Fax (702) 550-6501
*Attorney for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAWANDA HARRIS, individually;<br><br>Plaintiffs,<br><br>Vs.<br><br>Albertson's, LLC; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30,<br><br>Defendants. | CASE NO: A-21-828153-C<br>CASE NO.:<br>DEPT NO.: Department 19 |

## SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD, UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:**   A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

### ALBERTSON'S LLC

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of the service you must do the following:

   a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court with the appropriate filing fee.

   b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of your money or property, or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Issued at the direction of:

STEVEN D. GRIERSON
CLERK OF THE COURT

_____
ERIK A. BROMSON, ESQ.
Nevada Bar No.: 9986
**LAW OFFICE OF JASON W. BARRUS**
1601 E CHARLESTON BLVD
Las Vegas, NV 89104
Tel: 702-550-6500
Fax: 702-550-6501
*Attorney for Plaintiff*

Deputy Clerk                    Date   1/21/2021
Clark County Courthouse
200 Lewis Avenue
Las Vegas, NV 89155
Robyn Rodriguez

**NOTE:** When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).

Page 2 of 2

HARRIS000009

Electronically Filed
1/21/2021 2:19 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
JASON W. BARRUS, ESQ.
Nevada Bar No.: 9344
jason@jasonbarruslaw.com
ERIK A. BROMSON, ESQ.
Nevada Bar No.: 9986
erik@jasonbarruslaw.com
LAW OFFICE OF JASON W. BARRUS
1601 E. Charleston Blvd.
Las Vegas, NV 89104
Office (702) 550-6500
Fax (702) 550-6501
*Attorney for Plaintiff*

CASE NO: A-21-828153-C
Department 19

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAWANDA HARRIS, individually;<br><br>Plaintiffs,<br><br>Vs.<br><br>Albertson's, LLC; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30,<br><br>Defendants. | CASE NO.:<br>DEPT NO.: |

### COMPLAINT

Plaintiff, by and through her attorney of record, **JASON W. BARRUS** and **ERIK A. BROMSON** of the **LAW OFFICE OF JASON W. BARRUS,** hereby files this Complaint and alleges against the above-named Defendants, and each of them, as follows:

### GENERAL ALLEGATIONS

1. At all times material herein, Plaintiff was and is an adult female resident of Las Vegas, Nevada.

2. Upon information and belief, at all times material herein, Defendants, and each of them, owns, operates and controls that certain business by virtue of the laws of the State of Nevada and is property owner of the premises located at 2835 S. Nellis Blvd, Las Vegas, NV 89121 in the County of Clark, State of Nevada.

3. At all times material herein, said Defendants, and each of them, owned, operated, controlled, and/or maintained, without limitation, a supermarket with parking areas and common areas

for the purpose of carrying on business for profit in Clark County, Nevada

4. Upon information and belief, at all times material herein, Doe and Roe Defendants 101 through 200 were legal entities/residents of Clark County, Nevada, and authorized to do business by the State of Nevada. Furthermore, said Doe and Roe Defendants were employees, agents, or servants of Defendants, and each of them, and functioned and assisted in the operation, control and/or management of said premises.

5. The true names and capacities, whether individual, corporate, limited liability company; partnership; or otherwise of Defendants DOES I through X and ROE CORPORATIONS I through X, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. On information and belief, Plaintiff alleges that the Defendants, and each of them, designated herein as a DOE INDIVIDUALS or ROE CORPORATION were responsible in some manner for the injuries sustained by the Plaintiff, on or about February 4, 2019, resulting from the below stated premise accident; and further that certain, without limitation, employees employed and/or engaged by said Defendants; or other patrons of said business; knew of or should have known of or caused a dangerous condition to exist on the premises resulting in Plaintiff's personal injury herein; and are therefore liable for all damages due to Plaintiff as alleged herein. Plaintiff will ask leave of court to amend this Complaint to insert the true names and capacities when the same is ascertained and to join such Defendants in this action. The DOE 1 is the unknown actual legal name for Albertson's, LLC. The DOE 2 is the unknown store manager employed by DOE 1 at the time of the incident. THE ROE 1 is the unknown security company employed by DOE 1 at the time of said incident. THE ROE 2 is the unknown janitorial company employed by DOE 1 at the time of said incident.

## FACTUAL BACKGROUND

6. On or about February 4, 2019, Plaintiff was walking through aisle 6 of the public walkway of Defendant's property when she slipped and fell on a large puddle of liquid that was on the floor.

7. The Plaintiff fell to the ground and sustained injuries that required immediate medical care.

8. The Defendant failed to properly maintain their premises.

9. As a result, Plaintiff suffered severe bodily injury.

10. Defendant owed a duty to Plaintiff to operate their premises in a safe manner.

11. Defendants breached their duty of care to Plaintiff.

## Causes of Action

### I.

### Negligence/Premises Liability

12. Plaintiff re-alleges each of the foregoing allegations contained in paragraphs 1 through 11 as if fully set forth herein.

13. Upon information and belief, while lawfully on said premises and location, Defendants had a duty to supervise and maintain said premises in a reasonably safe and suitable condition for its patrons, guests, invitees and others; and further to take any and all reasonable precautions to avoid the presence of dangerous and/or artificial conditions on or around said premises.

14. Upon information and belief, Defendant employed repair, janitorial and maintenance personnel, management, and other supervisory/security personnel for the purpose of supervising employees, patrons, guests and invitees and maintaining said property in a reasonably safe and suitable condition all under said Defendant's authority and control.

15. Upon information and belief, at said time and place, Defendants, despite having actual notice or constructive notice, that a dangerous condition existed on its premises; including a dangerous condition in aisle 6 which was open to the public caused by the Defendants or its agent(s), over which said Defendants had control and authority, failed to enact proper safeguards and warnings to prevent serious bodily injury to Plaintiff, to wit: failing to clean and inspect the floor allowing a dangerous condition to exist on the floor resulting in Plaintiff falling to the ground, all in breach of its duty of due care herein, including said business' duty to maintain said area free of unreasonably dangerous conditions as property owner.

### II.

### Negligent Hiring; Supervision and Failure to Warn

16. Plaintiff re-alleges each of the foregoing allegations contained in paragraphs 1 through 15 as if fully set forth herein.

16. As a direct and proximate result of said negligence and/or reckless conduct herein, as the case may be, Plaintiff has suffered personal injury, medical bills, mental anguish, general damages and economic damages in an amount in excess of $15,000 subject to proof at trial.

17. While on said premises, Defendants had a duty to supervise and maintain its premises in a reasonably safe and suitable condition for its patrons, guests and invitees; and further to take any and all reasonable precautions to avoid the presence of said dangerous and/or artificial conditions on or around said premises and its guest rooms and/or common area(s). Upon information and belief, Defendants employed housekeeping and maintenance personnel, management and other supervisory personnel for the purpose of supervising employees, patrons, guests and invitees and maintaining said property in a reasonably safe and suitable condition.

18. Said Defendants failure to repair and failure to warn of such a known dangerous condition, or through exercise of reasonable diligence under the circumstances that which could have been discovered, and further failure to hire and adequately train suitable and fit employees and to repair and maintain said property in a safe and suitable manner has directly and proximately resulted in Plaintiff's personal injury and damages in an amount in excess of $15,000 subject to proof at trial.

19. In addition to their direct liability, Defendants were and are vicariously liable for the negligent acts and/or omissions of its staff, agents, apparent agents, servants, or employees in the scope of employment herein; or such independent contractors within said Defendants control which in any manner caused or contributed to Plaintiff's injuries herein.

20. As a direct and proximate result of Defendant's negligence by and through its agents, employees and/or contractors as set forth, Plaintiff has sustained special damages, general damages, economic damages and future damages in excess of $15,000.00 subject to proof to trial.

**WHEREFORE**, Plaintiff expressly reserving her right to amend this complaint at the time of, or prior to trial, prays for judgment against the Defendants, and each of them, as follows:

1. For General, Special Damages sustained by Plaintiff in a sum in excess of $15,000.00;
2. For Attorney's Fees and Costs of suit incurred herein;
3. For interest at the statutory rate;
4. Loss of earning capacity in an amount to be proven at trial;
5. For such other relief as this Court deems appropriate.

DATED this 21st day of January, 2021.

LAW OFFICE OF JASON W. BARRUS



HARRIS000013

By: _____
Erik A. Bromson, ESQ.
Nevada Bar No. 9986
1601 E. Charleston Blvd
Las Vegas, NV 89104
Attorney for Plaintiff

HARRIS000014